UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  TIMOTHY J TAYLOR
      115 CAMPUS
      MUSKEGON, MI 49441

CASE NO: BG-14-00168
Chapter 13
HON. JAMES W. BOYD
Filed: Jan 15, 2014

Confirmed: Mar 19, 2014

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

    NOW COMES, Barbara P. Foley, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

    FAILURE TO MAKE PAYMENTS ACCORDING TO THE CHAPTER 13 PLAN. THE LAST PAYMENT OF $1,350.00 WAS RECEIVED ON JULY 18, 2014. PAYMENTS SHOULD BE $1,356.16 PER MONTH. THE PLAN ARREARS ARE $6,815.96.

    WHEREFORE, your Trustee respectfully prays:

    A.  That this Court enter an Order dismissing the Debtor's Chapter 13 Case.

    B.  That this Court grant such other relief as it finds just and equitable.

Nov 19, 2014

/s/ Barbara P. Foley
Barbara P. Foley (P34558)
CHAPTER 13 TRUSTEE
425 W Michigan Ave
Kalamazoo, MI 49007
(269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:

    CORWIN LAW & CONSULTING PLC
    297 W CLAY AVE STE 101
    MUSKEGON, MI 49442